# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| LEXOS MEDIA IP, LLC, | § § § § | Civil Action No. 2:15-cv-02052-JRG-RSP  (Lead) |
| *Plaintiff,* | | |
| v. | § § | |
| AVON PRODUCTS, INC., | § § § | |
| *Defendant,* | § | |

| | | |
|---|---|---|
| SEARS BRANDS, LLC, | § § | Civil Action No. 2:15-cv-02098-JRG-RSP (Consolidated) |
| *Defendant.* | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims and counterclaims asserted between plaintiff Lexos Media IP, LLC and defendant Sears Holding Management Corporation in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between plaintiff Lexos Media IP, LLC and defendant Sears Holding Management Corporation are hereby dismissed with prejudice, subject to the terms of that certain agreement entitled **"SETTLEMENT AND LICENSE AGREEMENT"** and dated July 29, 2016.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

SIGNED this 1st day of August, 2016.

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE